**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK TAYLOR, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 25-cv-12429 |
| | ) | |
| v. | ) | Judge Manish S. Shah |
| | ) | Magistrate Judge M. David Weisman |
| CITY OF ROLLING MEADOWS, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**DEFENDANT STEVE CARDONA'S THIRD MOTION FOR**
**EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant Illinois State Police ("ISP") Master Sergeant Steve Cardona (ret.),[1] by his attorney, Kwame Raoul, Attorney General of Illinois, hereby moves the Court for a one-week extension of time until March 27, 2026, for motion to dismiss Plaintiff's complaint. In support of this motion, M/Sgt. Cardona states as follows:

1.      Plaintiff filed his complaint on October 10, 2025, bringing seven civil rights counts relating to his prosecution for a murder he alleges he did not commit. Dkt. 1. Plaintiff alleges that Defendants including M/Sgt. Cardona conspired to withhold exculpatory evidence from the prosecution, particularly evidence relating to witnesses and alternate suspects. *Id.*

2.      On March 6, 2026, M/Sgt. Cardona requested a second two-week extension of time to March 20, 2026, to file his responsive pleading (Dkt. 66), which the Court granted (Dkt. 72).

3.      On March 13, 2026, Plaintiff requested an extension of time to May 8, 2026, to respond in a consolidated brief to all Defendants' motions to dismiss. Dkt. 73. The Court granted that request. Dkt. 75.

---

[1] Plaintiff's complaint alleges that M/Sgt. Cardona was employed by the Village of Arlington Heights; however, at all relevant times, M/Sgt. Cardona was employed by ISP. He has since retired.

1

4.      Despite diligent efforts to meet the previously set deadline, M/Sgt. Cardona requires a short period of additional time to prepare his responsive pleading. He therefore respectfully requests a one-week extension of time to March 27, 2026, for his motion to dismiss Plaintiff's complaint. This request is not made for any improper purpose or delay, and this is M/Sgt. Cardona's third request for an extension of time.

5.      Counsel sought Plaintiff's position via email on March 20, 2026, but has not received a response. However, the requested extension will not prejudice any party, particularly in light of Plaintiff's extended response deadline (Dkt. 75).

WHEREFORE, Defendant ISP Master Sergeant Steve Cardona respectfully moves this Court to extend the time for his response to Plaintiff's complaint to March 27, 2025.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: */s/ Lee Stark*
    Lee Stark
    Assistant Attorney General
    Office of the Attorney General
    115 S. LaSalle St.
    Chicago, IL 60603
    (224) 278-8343
    Lee.stark@ilag.gov

*Counsel for Defendant M/Sgt. Cardona*

2