Defendant M Sgt. Steven Cardona's Corrected

# Exhibit 1

to his March 27, 2026, Motion to Dismiss Plaintiff's Complaint
(Dkt. 82)

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Patrick Taylor, | |
| Plaintiff, | Civil Action No. 1:25-cv-12429 |
| v. | |
| City of Rolling Meadows, et al., | Hon. Manish S. Shah |
| Defendants. | |

## RECORD CERTIFICATION

1. I, Lauren Puls, am a duly authorized keeper of records of the Illinois State Police with authority to execute this certification and to verify the authenticity of the records produced.

2. I hereby certify that the enclosed documents are true and accurate copies of original records or duplicates of original records in the possession or under the control of the Illinois State Police.

3. Upon information and belief, after careful searching of the Patrol and Investigative Records Section records, the attached records are a complete copy of all documents related to File No. 06-17114MJ within its possession. File No. 06-17114MJ is the Illinois State Police file relating to the initiating incident on August 20, 2006.

## VERIFICATION

Under penalty of perjury, the undersigned, Lauren Puls, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Executed on _____
                             Date

  Lauren Puls _____              _____
Print Name          Signature

Investigative Case: 06-17114MJ- 3 pages

# ILLINOIS STATE POLICE
## CASE ACTION REPORT

| File # | Case Title | Case Agent | I.D. # | Office | Court or Activity Date |
|---|---|---|---|---|---|
| 06-17114MJ | MARQUIS LOVINGS | Minniear | 4638 | Z-1/CVU | 09/05/06 |

| County | Court/ Hearing | Docket No.(s) | This action closes case? |
|---|---|---|---|
| Cook | None | N/A | ☒ Yes ☐ No |

## Proceeding Codes

A. Complaint (16,17)
B. Preliminary Hearing (1,4,5,6,7,20)
C. Grand Jury (2,3,4,20)
D. Information (16,17,25,26)
E. Plea (10,11,12,13,20)
F. Bench Trial (8,9, 10,11,12,13,18,19,21,22)
G. Jury Trial (8,9,10,11,12,13,18,19,27)
H. Civil (7,14,15,20)
I. Steward Hearing (7,14,15,20)
J. Other (5,6,7,19,20,25,26,30,33)
K. Pending (2,17,18,19,21,22,23,24,28,29,31,32,33)

## Action Codes

1. Bound Over
2. True Bill
3. No True Bill
4. Waived
5. Nolle Prosequi
6. S.O.L.
7. Dismissed
8. Acquitted
9. Mistrial
10. Felony Conviction
11. Felony Conviction (Reduced)

12. Misdemeanor Conviction
13. Misdemeanor Conviction (Reduced)
14. Civil Finding for State
15. Civil Finding Against State
16. Warrant Issued
17. Summons/Notice Issued
18. Juvenile Hearing
19. Motion Hearing
20. Continued
21. Bond Hearing
22. Forfeiture Hearing

23. Sentencing
24. Case Under Appeal
25. Arrest Without Warrant
26. Arrest With Warrant
27. Hung Jury
28. Fugitive
29. Prosecution
30. Reassignment of Case Agent
31. Corrected Copy (Explain in Remarks)
32. Investigation
33. Other (See Remarks)

| Defendant | Date of Arrest | Charge(s) | Crime Code | Proceeding Code | Action Code | Sentence/Fine/Action |
|---|---|---|---|---|---|---|
| 1. | | 1. | 0110 | J | 33 | See remarks |
| | | 2. | | | | |
| | Arrest # | 3. | | | | |
| | | 4. | | | | |
| 2. | | 1. | | | | |
| | | 2. | | | | |
| | Arrest # | 3. | | | | |
| | | 4. | | | | |
| 3. | | 1. | | | | |
| | | 2. | | | | |
| | Arrest # | 3. | | | | |
| | | 4. | | | | |
| 4. | | 1. | | | | |
| | | 2. | | | | |
| | Arrest # | 3. | | | | |
| | | 4. | | | | |

| Presiding Judge | Prosecuting Attorney | Defense Attorney |
|---|---|---|
| | | |

## STATUS

OPEN 1A ☐ Active (30 days)

PENDING 2A ☐ Level 1 (90 days)
2B ☐ Level 1 Disposition of Evidence (180 days)
2C ☐ Level 2 (365 days)

CLOSED 3A ☐ Unfounded (Require Remarks)
3B ☐ Complainant/Victim Refused to Cooperate
3C ☐ Exceptionally Cleared (Require Remarks)
3D ☐ Referred to Another Agency (Require Remarks)
3E ☒ Administrative Closing
3F ☐ Case Declined by Prosecutor
3G ☐ Adjudication Completed and Evidence Disposed

## REMARKS

Evidence Being Held ☐ Yes ☒ No

This was a Major Case Assistance Team (MCAT) activation for a homicide in Rolling Meadows. MCAT has been deactivated as of 08/26/06. Rolling Meadows P.D. will continue to work the case. Case closed.

## APPROVALS

| Date | Agent: | Supervisor |
|---|---|---|
| 09/05/06 | S/A M. Minniear #4638 | M/Sgt. J. Micci #3566 |

Case transferred/reassigned to _____

Crime victim notified of case status _____

ADMINISTRATIVE USE ONLY DO NOT DISSEMINATE

IL 493-0122   SET OF THREE SHEETS:   White-Case File   Canary-Case Agent   Pink-MIS   ISP 4-8 (5/97)

# ILLINOIS STATE POLICE
## INVESTIGATIVE REPORT

| File #: | Reporting/Incident Date(s): | Reporting Agent(s): | ID#: | | Dictated/LEAD #: |
|---|---|---|---|---|---|
| 06-17114MJ | 08/19-26/06 | Minniear, Cardona | 4638, 3213 | | |

| Title: | Case Agent: ID# | | Office: | Typed by: | Date: |
|---|---|---|---|---|---|
| MARQUIS LOVINGS | S/A M. Minniear | 4638 | Z-1/CVU | mjm | 09/05/06 |

**Purpose:**

To document the Major Case Assistance Team (MCAT) activation in Rolling Meadows.

The following investigative report documents the August 20, 2006 activation of the Major Case Assistance Team (MCAT.)

On August 19, 2006, at approximately 10:09 P.M., Rolling Meadows Police responded to a call of gunshots fired at 4406 Euclid Avenue in Rolling Meadows. When responding officers arrived on the scene, they found MARQUIS LOVINGS (M/B, DOB: 06/08/1976) lying on the floor of apartment 1C. LOVINGS was apparently the victim of multiple gunshot wounds. LOVINGS was transported to Northwest Community Hospital where he died as a result of the injuries he sustained. The Major Case Assistance Team (MCAT) was activated to assist with the investigation. The following Illinois State Police Zone 1 Investigators are members of MCAT and responded:

Sgt. S, Cardona #3213 and S/A M. Minniear #4638

While activated with MCAT, the above listed investigators were utilized for neighborhood canvasses, interviews of associates of LOVINGS, preparation of Grand Jury subpoenas, and review of telephone records.

Numerous leads were developed and followed. LOVINGS' death was apparently the result of a drug deal/rip-off. Two offenders armed with possibly .40 caliber handguns entered apartment 1C and held six people at gunpoint. During the armed robbery, the offenders knew about and asked about the location of two safes contained in the apartment. LOVINGS was able to open his safe and the offenders allegedly took an unknown amount of United States currency and cannabis. Interviews of the surviving five victims were conducted and a composite sketch of one of the offenders was completed as a result of one of those interviews. MCAT was deactivated on 08/26/06, and Rolling Meadows P.D. will continue to work the case.

**IND**

**Dissemination:**

This document contains neither recommendations nor conclusions of the Illinois State Police.
It and its contents are not to be disseminated outside your agency.

IL493-0117

ISP 4-3 (08/96)

## ILLINOIS STATE POLICE
## FILE INITIATION REPORT

| CASE # | CAD # | CRIME CODE(S) | CHARACTER OF CASE | CASE CLASS |
|---|---|---|---|---|
| 06-17114MJ | | 6004/0110 | Homicide | MU2 |

| DATE OF INCIDENT | DAY OF INCIDENT | TIME OF INCIDENT | DATE REPORTED TO DEPARTMENT | ADDRESS |
|---|---|---|---|---|
| 08/19/06 | S | 2209 | 08/20/06 | 4406 Euclid Avenue, Apt. 1C |

| CITY | COUNTY | ZONE /OFFICE | KEYWORD |
|---|---|---|---|
| Rolling Meadows | Cook | Z-1/MJ | |

INDICIES CHECK ☐ POS. ☒ NEG        VITAL CHECK ☐ POS. ☒ NEG        CRIME VICTIM NOTIFIED OF OPENING ☐ YES. ☒ NO

**SUBJECT**

| NAME | | | | AKA/MAIDEN |
|---|---|---|---|---|
| RACE | SEX | DOB | SOC SEC # | |
| STREET | | CITY | | STATE |

**SUBJECT**

| NAME | | | | AKA/MAIDEN |
|---|---|---|---|---|
| RACE | SEX | DOB | SOC SEC # | |
| STREET | | CITY | | STATE |

**SUBJECT**

| NAME | | | | AKA/MAIDEN |
|---|---|---|---|---|
| RACE | SEX | DOB | SOC SEC # | |
| STREET | | CITY | | STATE |

**VICTIM**

| NAME | | | | AKA/MAIDEN |
|---|---|---|---|---|
| MARQUIS LOVINGS | | | | |
| RACE | SEX | DOB | | SOC SEC # |
| BLK | M | 06/08/1976 | | 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 |
| STREET | | | CITY | STATE |
| 4406 Euclid Avenue, Apt. 1C | | | Rolling Meadows | IL |

| REQUEST FOR ASSISTANCE | Rolling Meadows P.D. | Commander Joe Waitzman |
|---|---|---|
| | REQUESTING AGENCY | REQUESTING OFFICER |

☒ INITIATED BY ISP        ☐ COMPLAINT BY PUBLIC        COMPLAINANT: (NAME, ADDRESS, TELEPHONE)

On 08/19/06, at approximately 10:09 P.M., Rolling Meadows Police responded to a call of gunshots fired at 4406 Euclid Avenue in Rolling Meadows. When responding officers arrived on the scene, they found Marquis Lovings (M/B, DOB: 06/08/76) lying on the floor of Apartment 1C. Lovings was the victim of multiple gunshot wounds. Lovings was transported to Northwest Community Hospital where he died as a result of the injuries he sustained. The Major Case Assistance Team (MCAT) was activated to assist in the investigation. Illinois State Police Officers Sgt. Cardona #3213 and S/A Minniear #4638 are members of MCAT and responded to the activation.

MCAT case # 06-10-0819
Rolling Meadows case # 06-8346

S/A Michael A. Minniear #4638

| S/A M. Minniear | 4638 | Z-1/CVU | 08/21/06 | CORRECTED COPY ☐ YES ☒ NO |
|---|---|---|---|---|
| REPORTING AGENT | ID# | ZONE/OFFICE | DATE | |

☐ CASE RETITLED        ☐ CASE TRANSFERRED TO ANOTHER AGENT _____ ID# _____

3A ☐ CLOSED COMPLAINT UNFOUNDED        3B ☐ CLOSED COMPLAINANT REFUSED TO COOPERATE        3D ☐ CLOSED REFERRED TO OTHER AGENCY        AGENCY _____

3E ☐ ADMINISTRATIVE CLOSING        EXPLAIN _____        OFFICE _____

| CASE ASSIGNED TO S/A M. Minniear | 4638 | Z-1/CVU | | 3566 | 08/21/06 |
|---|---|---|---|---|---|
| AGENT | ID# | ZONE/OFFICE | SUPERVISORY APPROVAL | ID# | DATE |

ADMINISTRATIVE USE ONLY-DO NOT DISSEMINATE

IL 493-0115        ISP 4-1 (03/02)